AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conway, Anne C. | Middle District of Florida | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Room 6750
401 W. Central Blvd
Orlando, FL 32801-0675

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Advisors | Center for Governmental Responsibility, University of Florida College of Law |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | Carlton Fields Profit Sharing Plan with former law firm - self directed |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of FL | 04/29/14-5/1/14 | Santa Marta, Columbia | Speaker | Food, lodging, and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smokey Partnership, LLLP, Ltd Ptner | B | Interest | O | U | | | | | |
| 2. Duplex residence, rental property, Orlando, FL | D | Rent | M | R | | | | | See part VIII |
| 3. Carlton Fields Profit Sharing Plan Trust (H): | | | | | | | | | |
| 4. -Harbor Cap Appreciation Fund | C | Dividend | L | T | | | | | |
| 5. -MSIF Mid-Cap Growth/P | D | Dividend | M | T | | | | | |
| 6. - Vanguard Instl Index 500 | C | Dividend | M | T | | | | | |
| 7. Wells Fargo | A | Interest | J | T | | | | | |
| 8. Smokey Partnership, LLLP, Gen Ptr | A | Interest | K | U | | | | | |
| 9. Wells Fargo - acct | A | Interest | M | T | | | | | |
| 10. SEI Fixed Income Laddered Muni acct (H): | | | | | | | | | |
| 11. - Virginia St, Gen'l Obligation Bond | A | Interest | K | T | | | | | |
| 12. - Mobile Cnty, AL, Gen'l Obligation Refunding | A | Interest | K | T | | | | | |
| 13. - Portland, OR, Revenue Bond | A | Interest | K | T | | | | | |
| 14. - Linden, NJ, Gen'l Obligation Bond | A | Interest | K | T | | | | | |
| 15. - Virginia St Public, Revenue Refunding | A | Interest | K | T | | | | | |
| 16. - Nebo UT, Revenue Bond | A | Interest | K | T | | | | | |
| 17. - Monroe Cnty, PA, Gen'l Obligation Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Des Moines, IA, Gen'l Obligation Refunding | A | Interest | K | T | | | | | |
| 19.   - Dallas, TX, Revenue Bond | A | Interest | K | T | | | | | |
| 20.   - Colorado St, Revenue Bond | A | Interest | | | Redeemed | 12/15/14 | J | A | |
| 21.   - Westborough, MA, Gen'l Obligation Refunding | A | Interest | K | T | | | | | |
| 22.   - Sedgwick Cnty, KS, Gen'l Obligation Bond | A | Interest | K | T | | | | | |
| 23.   - Prince George, MD, Gen'l Obligation Bond | A | Interest | | | Redeemed | 10/01/14 | J | A | |
| 24.   - Decatur, AL, Gen'l Obligation Bond | A | Interest | K | T | | | | | |
| 25.   - Mobile Cnty, AL, Gen'l Obligation Bond | A | Interest | K | T | | | | | |
| 26.   - Shelton, CT, Gen'l Obligation Bond | A | Interest | K | T | | | | | |
| 27.   -Southington, CT, Gen'l Obligation Bond | A | Interest | K | T | Buy | 01/28/14 | K | | |
| 28.   - Met Council MINN, MN, Gen'l Obligation Bond | A | Interest | K | T | Buy | 02/06/14 | K | | |
| 29.   -Olmstead County, MN, Gen'l Obligation Bond | A | Interest | K | T | Buy | 10/24/14 | K | | |
| 30.   - SEI Tax free money market fund | A | Interest | K | T | | | | | |
| 31.   Ameritrade Brokerage acct (H): (formerly Fidelity) | | | | | | | | | See part VIII |
| 32.   - Berkshire Hathaway B | | None | L | T | | | | | |
| 33.   - Ishares Tr Barclays US Agg Bond Fund | C | Dividend | M | T | | | | | See part VIII |
| 34.   - US Treas Sec Stripped 2021 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - US Treas Sec Stripped 2022 | B | Interest | L | T | | | | | |
| 36. - US Treas Sec Stripped 2023 | B | Interest | L | T | | | | | |
| 37. - Fidelity US Treas MMA | A | Dividend | | | Merged (with line 49) | 11/01/14 | | | See part VIII |
| 38. - DFA US Core Equity | B | Dividend | | | Sold | 10/15/14 | M | E | |
| 39. -DFA US Core Equity 2 | B | Dividend | M | T | Buy | 10/15/14 | M | | |
| 40. - Harbor Int'l Institutional Fd | A | Dividend | K | T | | | | | |
| 41. - Loomis Sayles Bond Fund | D | Dividend | N | T | | | | | |
| 42. - Oppenheimer Dev Mkts | A | Dividend | K | T | | | | | |
| 43. - Pimco Emerging Local | D | Dividend | M | T | | | | | |
| 44. - Vanguard Intermed Term | C | Dividend | M | T | | | | | |
| 45. - Ally Bk Midvale UT CD | A | Interest | | | Redeemed | 03/03/14 | M | A | |
| 46. - Ally Bk Midvale UT CD | A | Interest | L | T | | | | | |
| 47. - Discover Bk Greenwood DEL Fixed Coupon | A | Interest | M | T | | | | | |
| 48. - Discover Bk Greenwood DEL Fixed Coupon | A | Interest | L | T | | | | | |
| 49. - Ameritrade FDIC Insured Dep a/c | A | Interest | M | T | | | | | See Part VIII |
| 50. Trust #1 | F | Int./Div. | P2 | W | | | | | See Part VIII |
| 51. - Wells Fargo, common stock | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Hubbel, Inc. Class B common stock | | | | | | | | | |
| 53.  - VF Corporation common stock | | | | | | | | | |
| 54.  - Laurel Homes, Inc common stock | | | | | | | | | |
| 55.  - Arbor Properties, Inc common stock | | | | | | | | | |
| 56.  - Laurel Agency, Inc. common stock | | | | | | | | | |
| 57.  - Laurel Builders, Inc. common stock | | | | | | | | | |
| 58.  - Schrimsher Exploration, Ltd - Ltd Partner | | | | | | | | | |
| 59.  - Duplex rental property Orlando, FL | | | | | | | | | |
| 60.  - Smokey Partnership, LLLP,Ltd Ptr | | | | | | | | | |
| 61.  - Fidelity Brokerage: | | | | | | | | | |
| 62.  --Ishares TR Russell 1000 Growth Index Fund | | | | | | | | | |
| 63.  --DFA 1 year Fixed Income | | | | | | | | | |
| 64.  -- DFA Int'l Small Co. Port | | | | | | | | | |
| 65.  --DFA Inv't 2 year Global Fixed | | | | | | | | | |
| 66.  --DFA Emerging Markets | | | | | | | | | |
| 67.  --DFA Large Cap Int'l | | | | | | | | | |
| 68.  --Vanguard Explorer | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Vanguard Short Term Treasury | | | | | | | | | |
| 70. --Vanguard Inflation Protected | | | | | | | | | |
| 71. --Vanguard Value Index | | | | | | | | | |
| 72. --Vanguard Small Cap | | | | | | | | | |
| 73. --Ameritrade FDIC Insured Dep a/c | | | | | | | | | See Part VIII |
| 74. --Power Secure Stock | | | | | | | | | |
| 75. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII item 2 - Duplex property in Orange County, FL costing $78,891, acquired 4/1/82

Part VII item 31 - In 2014, there was a change in Custodian from Fidelity (item # 33 under part VII in 2013) to Ameritrade.

Part VII item 33 - In 2014, Ishares Core Total US Bond fund (item # 35 under part VII in 2013) changed its name to Ishares Tr Barclays US Agg Bond fund.

Part VII item 37 - Due to the change in Custodian, the Fidelity US Treas MMA (cash) (item #39 under part VII in 2013) was combined with Fidelity Cash (item #54 under part VII in 2013) - and is now Ameritrade FDIC Insured Deposit a/c (cash). Also see footnote below.

Part VII item 49 - Due to the change in Custodian, the Fidelity Cash (item # 54 under part VII in 2013) is now in Ameritrade FDIC Insured Deposit a/c (cash).

Part VII item 50 - In 2014, there was a change in Custodian from Fidelity (item #57 under part VII in 2013) to Ameritrade.

Part VII item 73 - Due to the change in Custodian, the Fidelity Tax-Free MMA (cash) (item # 80 under part VII in 2013) is now in Ameritrade FDIC Insured Deposit a/c (cash).

| Name of Person Reporting | Date of Report |
|---|---|
| Conway, Anne C. | 05/11/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne C. Conway**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544